IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DWIGHT RAY HILL,         )<br>    Plaintiff,         )<br>                     )<br>v.                   )<br>                     )<br>NORTH TEXAS STATE HOSPITAL, *et al.*, )<br>    Defendants.        ) | Civil No. 7:09-CV-158-O |

### FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings and Recommendation of the United States Magistrate Judge, entered October 29, 2009 (Doc. No. 23), and the Plaintiff's objections thereto, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, it is ORDERED that Plaintiff's motion for default judgment (Doc. No. 18) is DENIED.

The Clerk of Court shall transmit copies of this order to Plaintiff and to Counsel for Defendants.

SO ORDERED this 26th day of January, 2010.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**