IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DWIGHT RAY HILL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 7:09-CV-158-O |
| | ) | |
| NORTH TEXAS STATE HOSPITAL, *et al.*, | ) | |
|     Defendants. | ) | |

## FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings and Recommendation of the United States Magistrate Judge, entered November 5, 2009 (Doc. No. 29), and the Plaintiff's objections thereto, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, it is ORDERED that this action is DISMISSED pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The Clerk of Court shall transmit copies of this order to Plaintiff and to Counsel for Defendants.

SO ORDERED this 26th day of January, 2010.

*[signature: Reed O'Connor]*
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**